UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELZER GROUP, LLC, a Florida limited
liability company, d/b/a Medconsultants,

    Plaintiff,

v.                                               Case No.: 8:20-cv-2030

ACCURATE ACCREDITATION, LLC, a Michigan
limited liability company, AHZAM AFZAL,
individually, SHAAHID AFZAL, individually,
LISA WHITLATCH, individually, HAMZA OSTO,
individually, and PARAS PANCHOLI, individually,

    Defendants.
_____/

**<u>PLAINTIFF'S NOTICE OF SETTLEMENT</u>**

Plaintiff, Helzer Group, LLC ("Plaintiff"), pursuant to Local Rule 3.08, notifies this Court that Plaintiff and Defendants, Accurate Accreditation, LLC, Ahzam Afzal, Shaahid Afzal, Lisa Whitlatch, Hamza Osto and Paras Pancholi, have settled this matter.

Dated this 30th day of October, 2020.

                                                  BARNETT, KIRKWOOD, KOCHE,
                                                  LONG, & FOSTER, P.A.

                                                  */s/ Michael V. Hargett*
                                                  Michael V. Hargett, Esq.
                                                  Florida Bar No.: 44097
                                                  mhargett@barnettbolt.com
                                                  601 Bayshore Blvd., Suite 700
                                                  Tampa, FL 33606
                                                  Telephone:  (813) 253-2020
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF to:

Vijay G. Brijbasi, Esq.
vbrijbasi@dickinsonwright.com
Alan Perlman, Esq.
Aperlman@dickinsonwright.com
 *Attorneys for Defendants*

                /s/ *Michael V. Hargett*
                Michael V. Hargett, Esq.

#1274260