UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEZLER GROUP, LLC,

    Plaintiff,

v.                                   CASE NO. 8:20-cv-2030-T-23CPT

ACCURATE ACCREDITATION,
LLC, et al.,

    Defendants.
_____/

**ORDER**

    In accord with the parties' stipulation (Doc. 20), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

    The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on November 3, 2020.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE